```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA       :
                                          NOTICE OF MOTION
        - v -                  :
                                          07 Cr. 366 (JSR)
ROBERTO ORTIZ                  :

                Defendant.     :
------------------------------X
```

**PLEASE TAKE NOTICE** that upon the annexed affirmation of **ROBERT M. BAUM, ESQ.,** the defendant herein, **ROBERTO ORTIZ**, will move before the **HONORABLE JED S. RAKOFF**, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, on June 13, 2007, for an Order, pursuant to Rule 12(b)(3)(C) of the Federal Rules of Criminal Procedure, and the Fourth and Fifth Amendments to the United States Constitution, suppressing physical evidence and statements and granting such other relief as the Court may deem just and proper.

Dated:   New York, New York
         June 11, 2007

                                Respectfully submitted,
                                LEONARD F. JOY, ESQ.
                                Federal Defenders of New York
                         By:    _____
                                **ROBERT M. BAUM, ESQ.**
                                Attorney for Defendant
                                   **ROBERTO ORTIZ**
                                52 Duane Street - 10th Floor
                                New York, New York 10007


TO:  MICHAEL J. GARCIA, ESQ.
     United States Attorney
     Southern District of New York
     One St. Andrew's Plaza

```
New York, New York 10007
Attn:    MARSHALL A. CAMP, ESQ.
         Assistant United States Attorney
```