07 MAG            611

Approved: _____
BRENDAN R. McGUIRE
Assistant United States Attorney

Before:   HONORABLE GABRIEL W. GORENSTEIN
          United States Magistrate Judge
          Southern District of New York

- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :
                                  :   **COMPLAINT**
          -v-                     :
                                  :
ROBERTO ORTIZ, and                :   Violation of
HECTOR DURAN,                     :   21 U.S.C. § 846
                                  :
                                  :   COUNTY OF OFFENSE:
          Defendants.             :   BRONX
- - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss.:

          LOUIS M. SCHMIDT, being duly sworn, deposes and says that he is a Special Agent with the Drug Enforcement Administration ("DEA"), and charges as follows:

Count One

          1.   In or about April 2007, in the Southern District of New York and elsewhere, ROBERTO ORTIZ and HECTOR DURAN, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

          2.   It was a part and an object of the conspiracy that ROBERTO ORTIZ and HECTOR DURAN, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

          (Title 21, United States Code, Section 846.)

          The bases for my knowledge and the foregoing charges are, in part, as follows:

3. I am a Special Agent with the DEA, and I have been personally involved in the investigation of this matter. This affidavit is based in part on my conversations with other law-enforcement agents and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

4. On or about April 16, 2007, based on information obtained in connection with an ongoing investigation involving narcotics activities, I, along with three other DEA agents, conducted surveillance at a motel in the vicinity of South Conduit Avenue and 135 Street in Queens, New York (the "Motel"). While conducting surveillance, one of the agents ("Agent 1") walked through the lobby of the motel and observed four males standing together in the lobby. Two of the four males were later identified to be ROBERTO ORTIZ and HECTOR DURAN, the defendants. Approximately 30 minutes later, another agent ("Agent 2") observed the males exit a side door at the end of the Motel and walking with two pieces of rolling luggage (the "Luggage"). Agent 2 then observed the two males get into a black Volvo station wagon with Rhode Island license plates (the "Vehicle") along with the Luggage.

5. According to records from a law enforcement database, which I have reviewed, the Vehicle is registered to "Hector Duran."

6. After further surveillance, I observed the Vehicle drive to the vicinity of 1065 Boston Road in the Bronx, New York. At that location, I observed one individual in the driver's seat of the Vehicle, one individual pushing the Vehicle from the rear, later identified as HECTOR DURAN, the defendant, and a third individual standing on the sidewalk near the Vehicle. The three individuals appeared to be attempting to park the Vehicle. After the Vehicle was parked, I observed the three individuals walk northeast on Boston Road away from the Vehicle.

7. Approximately 20 minutes later, I received a radio call from the fourth DEA agent conducting surveillance ("Agent 4"), who informed me that the lights of the Vehicle had been turned on. After receiving the call, I began walking southwest on Boston Road toward the Vehicle. Upon reaching the Vehicle, I observed an individual later identified to be ROBERTO ORTIZ, the defendant, removing a bag from the Vehicle that resembles the

2

restriction in the luggage. ORTIZ then began walking with the luggage away from the vehicle and began to enter the building at 1145 Boston Road. At that time, with my shield visible, I announced that I was a police officer and told ORTIZ to stop. ORTIZ then let go of the luggage and began to run. I, along with Agent 2, then chased ORTIZ for approximately 2 blocks in the vicinity of Franklin Avenue and 165th Street in the Bronx, New York. At that location, we apprehended ORTIZ and placed him under arrest.

9. While we were chasing ROBERTO ORTIZ, the defendant, Agent 4 secured the luggage, which ORTIZ had left near the entrance to 1145 Boston Road. Inside the luggage were 10 bricks of approximately 10 kilograms of cocaine. A field test of the substance contained in the luggage tested positive for cocaine.

10. After ROBERTO ORTIZ, the defendant, was arrested, I returned to the building at 1145 Boston Road that ORTIZ had attempted to enter. At the door of the building, I observed an individual, later identified to be HECTOR DURAN, the defendant, attempting to enter the building. Among other things, I asked DURAN where he was from. DURAN said that he was from Rhode Island. I then asked DURAN for identification and he provided a Rhode Island driver's license bearing the name "Hector Duran." I then placed DURAN under arrest.

11. Following his arrest, HECTOR DURAN, the defendant, was transported to the 42nd Precinct station house in the Bronx, New York, and then to the DEA office. At the DEA office, Agent 1 advised DURAN in Spanish of his <u>Miranda</u> rights, which DURAN subsequently waived in writing. After waiving his <u>Miranda</u> rights, DURAN provided a written statement in which he stated in sum and substance and among other things:

    a. He had driven from Rhode Island to the Bronx, New York that day with ROBERTO ORTIZ, the defendant, in a black Volvo.

    b. He was shown the luggage and indicated that it belonged to ROBERTO ORTIZ, the defendant.

    c. He and ORTIZ were in apartment 1D at 1145 Boston Road in the Bronx, New York (the "Apartment") earlier in the day. He left the apartment with ORTIZ and another individual ("WW-1"), and all three of them drove in the Volvo to the Motel, where they met with a

3

[illegible individuals.]

8.   After the meeting at the Motel, he returned to the Apartment with ORTIZ, and UM-1. At the apartment, DURAN overheard UM-1 on the telephone saying, in sum and substance, that the cost was $22,000.

WHEREFORE, deponent prays that ROBERT SMITH and HECTOR [illegible], the defendants, be arrested, or bailed, as the case may be.

_____
LUIS M. [illegible]
Special Agent
Drug Enforcement Administration

Sworn to before me this
[illegible] day of April, [illegible]

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

[illegible]