```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
UNITED STATES OF AMERICA                 :
                                         :
                                         :   07 Cr. 366 (JSR)
            -v-                          :
                                         :        ORDER
ROBERTO ORTIZ,                           :
                                         :
            Defendant.                   :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

    At defendant's request, see tr. 6/28/07, the pending motion to suppress is hereby deemed withdrawn. Accordingly, the Clerk is directed to close document 6.

    SO ORDERED.

                                                              */s/ Jed S. Rakoff*
                                                  JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       June 28, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-29-07