```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
        - v. -                     :          **WAIVER OF INDICTMENT**
                                   :
ROBERTO ORTIZ,                     :          S1  07 Cr. 366 (JSR)
                                   :
        Defendant.                 :
                                   :
- - - - - - - - - - - - - - - - - x
```

The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841 and 846, and Title 8, United States Code, Section 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                       */s/ Roberto Ortiz*
                                                       ROBERTO ORTIZ

                                                       */s/ Robert M. Baum*
                                                       Robert M. Baum, Esq.
                                                       Attorney for Roberto Ortiz

[FILED JUN 28 2007]

                             Witness:  */s/ Rigoberto Landers*

Date:     New York, New York
            June 28, 2007